```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611143522
Cashier ID: nuness
Transaction Date: 07/11/2019
Payer Name: Lunar Eclipse 1, LLC
---------------------------------
CIVIL FILING FEE
 For: Peter Strojnik Sr.
 Case/Party: D-CAN-4-19-CV-003983-001
 Amount:      $400.00
---------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 305
 Amt Tendered: $400.00
---------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:       $0.00

dmr


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```