BUCHALTER
A Professional Corporation
TRACY A. WARREN (SBN: 228013)
ERIC KENNEDY (SBN: 228393)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email: twarren@buchalter.com
ekennedy@buchalter.com

Attorneys for Defendant IA Lodging Napa First LLC, dba Andaz Napa

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (SR.),<br><br>Plaintiff,<br><br>vs.<br><br>IA LODGING NAPA FIRST LLC, DBA ANDAZ NAPA,<br><br>Defendant. | Case No. 4:19-cv-03983-DMR<br><br>**NOTICE OF APPEARANCE OF TRACY A. WARREN**<br><br>Judge: Hon. Donna M. Ryu<br><br>Complaint Filed: July 10, 2019 |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Tracy A. Warren of Buchalter, APC, hereby appears as counsel for Defendant IA Lodging Napa First LLC, dba Andaz Napa in the above-captioned matter. She is admitted to practice in the State of California and before this Court. Her address, telephone, and email are as follows:

> Tracy A. Warren (SBN: 228013)
> 655 West Broadway, Suite 1625
> San Diego, CA 92101-8590
> Telephone: 619.219.5335
> Email: twarren@buchalter.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

DATED: August 6, 2019

BUCHALTER
A Professional Corporation


By: */s/ Tracy Warren*
TRACY A. WARREN
ERIC KENNEDY
Attorneys for Defendant IA Lodging Napa First LLC, dba Andaz Napa

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By: */s/ Tracy Warren*
      Tracy A. Warren