1  BUCHALTER
   A Professional Corporation
2  TRACY A. WARREN (SBN: 228013)
   ERIC KENNEDY (SBN: 228393)
3  1000 Wilshire Boulevard, Suite 1500
   Los Angeles, CA  90017-1730
4  Telephone: 213.891.0700
   Fax: 213.896.0400
5  Email:  twarren@buchalter.com
           ekennedy@buchalter.com
6
7  Attorneys for Defendant IA Lodging Napa First LLC, dba Andaz Napa

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | PETER STROJNIK (SR.), | Case No. 4:19-cv-03983-DMR |

12 | Plaintiff, |

13 | vs. | **NOTICE OF APPEARANCE OF ERIC KENNEDY** |

14 | IA LODGING NAPA FIRST LLC, DBA ANDAZ NAPA, |

15 | | Judge:  Hon. Donna M. Ryu |

16 | Defendant. | Complaint Filed: July 10, 2019 |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Eric Kennedy of Buchalter, APC, hereby appears as counsel for Defendant IA Lodging Napa First LLC, dba Andaz Napa in the above-captioned matter. He is admitted to practice in the State of California and before this Court. His address, telephone, facsimile and email are as follows:

> Eric Kennedy (SBN: 228393)
> 1000 Wilshire Boulevard, Suite 1500
> Los Angeles, CA 90017-1730
> Telephone: 213.891.0700
> Fax: 213.896.0400
> Email: ekennedy@buchalter.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

DATED: August 6, 2019

BUCHALTER
A Professional Corporation

By: */s/ Eric Kennedy*
TRACY A. WARREN
ERIC KENNEDY
Attorneys for Defendant IA Lodging Napa First LLC, dba Andaz Napa

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By: */s/ Eric Kennedy*
    Eric Kennedy