BUCHALTER
A Professional Corporation
TRACY A. WARREN (SBN: 228013)
ERIC KENNEDY (SBN: 228393)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email:  twarren@buchalter.com
        ekennedy@buchalter.com

Attorneys for Defendant IA Lodging Napa First LLC, dba Andaz Napa

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (SR.),<br><br>         Plaintiff,<br><br>    vs.<br><br>IA LODGING NAPA FIRST LLC, DBA ANDAZ NAPA,<br><br>         Defendant. | Case No. 4:19-cv-03983-DMR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT IA LODGING NAPA FIRST LLC, DBA ANDAZ NAPA'S MOTION TO DISMISS COMPLAINT**<br><br>**Pursuant to Fed. R. Civ. P. 12(b)(1)**<br><br>Hearing Date:  September 12, 2019<br>Time:          1:00 p.m.<br>Judge:         Hon. Donna M. Ryu |

1

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS COMPLAINT

Case No. 4:19-cv-03983-DMR

## [PROPOSED] ORDER

Before this Court is Defendant Andaz Napa's Motion to Dismiss Plaintiff Peter Strojnik Sr.'s Complaint pursuant to Fed. R. Civ. P. 12(b)(1). On considering the briefs and papers filed in support and opposition thereto, and all other papers on file herein, Defendant Andaz Napa's Motion to Dismiss is hereby **GRANTED,** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: _____      _____
HON. DONNA M. RYU
United States Magistrate Judge

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 6, 2019, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By:  */s/ Eric Kennedy*
       Eric Kennedy

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

3

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS COMPLAINT

Case No. 4:19-cv-03983-DMR