BUCHALTER
A Professional Corporation
TRACY A. WARREN (SBN: 228013)
ERIC KENNEDY (SBN: 228393)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email: twarren@buchalter.com
ekennedy@buchalter.com

Attorneys for Defendant IA Lodging Napa First LLC, dba Andaz Napa

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (SR.),<br><br>Plaintiff,<br><br>vs.<br><br>IA LODGING NAPA FIRST LLC, DBA ANDAZ NAPA,<br><br>Defendant. | Case No. 4:19-cv-03983-DMR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT IA LODGING NAPA FIRST LLC, DBA ANDAZ NAPA'S MOTION FOR AN ORDER DECLARING PLAINTIFF PETER STROJNIK SR. A VEXATIOUS LITIGANT AND FOR A PREFILING ORDER PURSUANT TO 28 U.S.C. § 1651**<br><br>Hearing Date: September 12, 2019<br>Time: 1:00 p.m.<br>Judge: Hon. Donna M. Ryu |

**1**

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT

Case No. 4:19-cv-03983-DMR

# [PROPOSED] ORDER

Before this Court is Defendant Andaz Napa's Motion for an order declaring Plaintiff Peter Strojnik Sr. a vexatious litigant and for a prefiling order pursuant to 28 U.S.C. § 1651. On considering the briefs and papers filed in support and opposition thereto, and all other papers on file herein, Defendant Andaz Napa's Motion to Dismiss is hereby **GRANTED AS REQUESTED**.

**IT IS SO ORDERED**.

DATED: _____

_____
HON. DONNA M. RYU
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By: */s/ Eric Kennedy*
　　　Eric Kennedy