BUCHALTER
A Professional Corporation
TRACY A. WARREN (SBN: 228031)
ERIC KENNEDY (SBN: 228393)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email: twarren@buchalter.com
       ekennedy@buchalter.com

Attorneys for Defendant IA Lodging Napa First LLC, dba Andaz Napa

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (SR.),<br><br>Plaintiff,<br><br>vs.<br><br>IA LODGING NAPA FIRST LLC, DBA ANDAZ NAPA,<br><br>Defendant. | Case No. 4:19-cv-03983-DMR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT IA LODGING NAPA FIRST LLC, DBA ANDAZ NAPA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS COMPLAINT AND MOTION FOR AN ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT**<br><br>**Pursuant to Fed. R. Evid. 201(b)**<br><br>Hearing Date:  September 12, 2019<br>Time:          1:00 p.m.<br>Judge:         Hon. Donna M. Ryu |

**1**
[PROPOSED] ORDER GRANTING DEFENDANT'S
REQUEST FOR JUDICIAL NOTICE

Case No. 4:19-cv-03983-DMR

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

## [PROPOSED] ORDER

Pursuant to Federal Rule of Evidence 201(b), the Court hereby **GRANTS** Defendant Andaz Napa's Request for Judicial Notice in Support of its Motion to Dismiss and Motion for an Order Declaring Plaintiff a Vexatious Litigant.

**IT IS SO ORDERED**.

DATED: _____

_____
HON. DONNA M. RYU
United States Magistrate Judge

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

2

[PROPOSED] ORDER GRANTING DEFENDANT'S
REQUEST FOR JUDICIAL NOTICE

Case No. 4:19-cv-03983-DMR

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By: */s/ Eric Kennedy*
Eric Kennedy