BUCHALTER
A Professional Corporation
ERIC KENNEDY (SBN: 228393)
ASHLEY MILNES (SBN: 300697)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email: ekennedy@buchalter.com

Attorneys for IA Lodging Napa First LLC, dba Andaz Napa

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (SR.),<br><br>  Plaintiff,<br><br>  vs.<br><br>IA LODGING NAPA FIRST LLC DBA ANDAZ NAPA,<br><br>  Defendant. | Case No. 4:19-cv-03983-DMR<br><br>**PROOF OF SERVICE** |

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, A Professional Corporation, 655 West Broadway, Suite 1625, San Diego, CA 92101.

On the date set forth below, I served the foregoing document described as:

**1. NOTICE OF APPEARANCE TRACY A. WARREN;**

**2. NOTICE OF APPEARANCE OF ERIC KENNEDY;**

**3. DEFENDANT IA LODGING NAPA FIRST LLC, DBA ANDAZ NAPA'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

**4. DEFENDANT IA LODGING NAPA FIRST LLC, DBA ANDAZ NAPA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AND MOTION FOR ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT;**

**5. [PROPOSED] ORDER GRANTING DEFENDANT IA LODGING NAPA FIRST LLC, DBA ANDAZ NAPA'S MOTION TO DISMISS COMPLAINT;**

**6. DEFENDANT IA LODGING NAPA FIRST LLC, DBA ANDAZ NAPA'S**

**NOTICE OF MOTION AND MOTION FOR AN ORDER DECLARING PLAINTIFF PETER STROJNIK (SR.) A VEXATIOUS LITIGANT AND FOR A PREFILING ORDER PURSUANT TO 28 U.S.C. §1651; AND**

7. **[PROPOSED] ORDER GRANTING DEFENDANT IA LODGING NAPA FIRST LLC, DBA ANDAZ NAPA'S MOTION FOR AN ORDER DECLARING PLAINTIFF PETER STROJNIK SR. A VEXATIOUS LITIGANT AND FOR A PREFILING ORDER PURSUANT TO 28 U.S.C. § 1651; AND**

8. **[PROPOSED] ORDER GRANTING DEFENDANT IA LODGING NAPA FIRST LLC, DBA ANDAZ NAPA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS COMPLAINT AND MOTION FOR AN ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT**

on all other parties and/or their attorney(s) of record to this action by ☐ faxing and/or ☒ placing a true copy thereof in a sealed envelope as follows:

Peter Strojnik, Sr
7847 N. Central Ave.
Phoenix, AZ 85020
E-Mail: ps@strojnik.com

☒     **BY OVERNIGHT DELIVERY**     On August 6, 2019, I placed the FedEx/GSO package for overnight delivery in a box or location regularly maintained by FederalEx/Overnite Express at my office, or I delivered the package to an authorized courier or driver authorized by FedEx/GSO to receive documents.  The package was placed in a sealed envelope or package designated by FedEx/GSO with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

☒     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  Executed on August 6, 2019, at San Diego, California.

☒     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed on August 6, 2019, at San Diego, California.

Candice Caufield

(Signature)