UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., <br><br> Plaintiff, <br><br> v. <br><br> IA LODGING NAPA FIRST LLC, <br><br> Defendant. | Case No. 19-cv-03983-DMR <br><br> **ORDER VACATING HEARINGS** <br> Re: Dkt. Nos. 7, 8 |

On August 6, 2019, Defendant IA Lodging Napa First LLC filed a motion to dismiss (Docket No. 7) and a motion for an order declaring Plaintiff Peter Strojnik a vexatious litigant (Docket No. 8). Both motions were noticed for a hearing on September 20, 2019, which is not an available hearing date on Magistrate Judge Donna M. Ryu's calendar. The September 20, 2019 hearing dates are VACATED. Defendant shall re-notice (not re-file) the motion for a hearing in compliance with Local Rule 7-2(a) and Judge Ryu's Standing Order. The briefing schedule remains in effect.

**IT IS SO ORDERED**.

Dated: August 7, 2019

_____
DONNA M. RYU
United States Magistrate Judge