UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>        Plaintiffs,<br><br>    v.<br><br>IA LODGING NAPA FIRST LLC,<br><br>        Defendants. | Case No.: 4:19-cv-03983-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 8/7/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Peter Strojnik, Jr.
7847 N. Central Ave.
Pheonix, AZ 85020

Dated: 8/7/2019

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to
the Honorable Donna M. Ryu

*Service_Certificate _CRD*
*rev. August 2018*