BUCHALTER
A Professional Corporation
TRACY A. WARREN (SBN: 228013)
ERIC KENNEDY (SBN: 228393)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Tel.: 213.891.0700
Fax: 213.896.0400
ekennedy@buchalter.com

Attorneys for Defendant IA Lodging Napa First LLC, dba Andaz Napa

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (SR.),<br><br>    Plaintiff,<br><br>vs.<br><br>IA LODGING NAPA FIRST LLC DBA ANDAZ NAPA,<br><br>    Defendant. | Case No. 4:19-cv-03983-DMR<br><br>**DEFENDANT IA LODGING NAPA FIRST LLC, DBA ANDAZ NAPA'S AMENDED[1] NOTICE OF MOTION AND MOTION FOR AN ORDER DECLARING PLAINTIFF PETER STROJNIK (SR.) A VEXATIOUS LITIGANT AND FOR A PREFILING ORDER PURSUANT TO 28 U.S.C. §1651**<br><br>Hearing Date:   October 24, 2019<br>Time:           1:00 p.m.<br>Judge:          Hon. Donna M. Ryu |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on October 24, 2019 at 1:00 p.m., or as soon thereafter as the motion may be heard by the Honorable Donna M. Ryu in Courtroom 4 of the United States District Court for the Northern District of California at 1301 Clay Street, Oakland, California 94612, Defendant IA Lodging Napa First LLC, dba Andaz Napa will

---

[1] Amended as to hearing date of motion.

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**DEFENDANT'S MOTION FOR ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT AND FOR A PREFILING ORDER**   Case No. 4:19-cv-03983-DMR

move to have Plaintiff Peter Strojnik Sr. deemed a vexatious litigant and for a prefiling order that requires Mr. Strojnik to obtain leave of the Court before filing any future ADA litigation under 28 U.S.C. §1651. This Motion is made on the grounds that Plaintiff has a demonstrated history of filing vexatious litigation; the present lawsuit being yet another example.

      This Motion is based upon this notice, the Notice of Motion and Motion, Memorandum of Points and Authorities, and Request for Judicial Notice and its exhibits filed on August 6, 2019, and all other pleadings and papers filed, and any argument that may be presented to the Court at the hearing on this Motion.

DATED:  August 8, 2019          BUCHALTER
                                        A Professional Corporation

                                 By:  */s/ Eric Kennedy*
                                      TRACY A. WARREN
                                      ERIC KENNEDY
                    Attorneys for Defendant IA Lodging Napa
                        First LLC, dba Andaz Napa