Peter Strojnik (Sr.),
7847 N. Central Ave.
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (SR.),<br><br>Plaintiff,<br><br>vs.<br><br>IA LODGING NAPA FIRST LLC., DBA ANDAZ NAPA<br><br>Defendant. | Case No: 4:19-CV-03983-DMR<br><br>**OBJECTION / SUPPLEMENTATION TO DEFENDANT IA LODGING NAPA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AND MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT**<br>**[Doc Items 24-1 and 25-1]** |

Defendant requests that this Court take judicial notice of two dismissals of Plaintiff's Complaints, to wit:

| Exhibit 33: | *Strojnik v. Orangewood, LLC*, No. 8:19-cv-00946-DSF-GJSx, Doc. No. 18 (C.D. Cal. Aug. 8, 2019) (Order granting dismissal with leave to amend). |
|---|---|
| Exhibit 34: | *Strojnik v. Pasadena Robles*, No. 2:19-cv-02067-AB-PJW, Doc. 23 (C.D. Cal. Aug. 14, 2019) (Order granting dismissal). |

These documents are apparently offered in response to Plaintiff's challenge that Defendant identify any matter in which the Court found that Plaintiff's claim was without merit or harassing in nature. *See* [Proposed] Discovery appended to Doc 24 as Addendum A[1].

---
[1]

# ADDENDUM A
### (Proposed Discovery)

Plaintiff would like to submit the following written discovery to Defendant:

Obviously, neither in *Orangewood* nor in *Pasadena Robles* does one find such finding. Moreover, in Doc 24 at 2:10-14, Plaintiff cautioned that he would file the Amended Complaint in the *Orangewood* matter as premised by the Court, and that the *Pasadena Robles* decision would be appealed:

> In one other case, *Strojnik v. Orangewood, LLC* 19-cv-00946-DSF, also a Central District Court case, the Complaint was dismissed [Doc. 18] with leave to amend. The leave to amend shall be exercised. And just yesterday, Plaintiff received an Order of Dismissal on standing grounds in *Strojnik v. Pasadena Robles* 2:19-CV-02067-AB (CD Cal). This case is scheduled for appeal.

Indeed, Plaintiff filed the Amended Complaint in the *Orangewood* matter on 2019-08-26, Exhibit 1[2], and a Notice of Appeal in the *Pasadena Robles* matter, Exhibit 2[3].

Thus it appears that Defendant *cannot* and *will not* produce *any* final Order of the Court finding that Plaintiff *ever* filed *any* claim that was without merit or harassing in nature.

---

**REQUEST TO ADMIT 1:**
Please admit that you are aware of no court proceeding in which Strojnik was a Plaintiff where the Court found that Plaintiff's claim was without merit or harassing in nature.

ADMIT_____          DENY_____

**INTERROGATORY 1:**
If you denied the preceding Request to Admit, please identify each court proceeding in which Strojnik was a Plaintiff where the Court found that Plaintiff's claim was without merit or harassing in nature.

**REQUEST FOR PRODUCTION 1:**
With respect to all proceedings in which Strojnik was plaintiff and the court found that his claims were without merit or harassing, please produce such findings.

---

[2] Plaintiff is not ECF authorized in that matter and was required to mail the FAC to the Court.
[3] Here, too, Plaintiff mailed the Notice of Appeal to the Court along with a $505 fee.

2

While the Amended Complaint and the Notice of Appeal do not appear on the court docket at this time, Plaintiff respectfully request that the Court take judicial notice of these developments once the Amended Complaint and the Notice of Appeal are docketed in their respective dockets.

RESPECTFULLY DATED this 27th day of August, 2019,

**PETER STROJNIK**

_____
Plaintiff

FILED AND DISTRIBUTED THROUGH PACER