# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
213.891.0700 Phone
213.896.0400 Fax

August 29, 2019

Honorable Donna M. Ryu
United States Magistrate Judge for the Northern District of
California

    Re:    *Peter Strojnik Sr. v. IA Lodging Napa First LLC, dba Andaz Napa*, No. 4:19-cv-03983-DMR

Dear Judge Ryu:

    Pursuant to the Court's request (Dkt. No. 27), Defendant IA Lodging Napa First LLC, dba Andaz Napa ("Defendant"), hereby responds to the questions posed regarding Defendant's Requests for Judicial Notice ("RJN") previously filed in support of its Motion to Dismiss and Motion to Declare Plaintiff a Vexatious Litigant (Doc. Nos. 7, 8, and 14), as follows:

    (1) The RJNs (Doc. Nos. 7 & 8) previously filed in support of Defendant's Motions *are identical*; and

    (2) The RJN (Doc. No. 14) filed in support of Defendant's Replies was *not intended to supersede, but rather supplement* its previously filed RJNs.

    Nonetheless, in effort to avoid any further confusion, Defendant has *consolidated* its previously filed RJNs (Doc. Nos. 7, 8 and 14) into one document, attaching Exhibits 1 through 35 previously filed in support of its Motions and Reply briefs (Doc. Nos. 7, 8, 24, 25), as well as adds Exhibit 36[1], which Defendant intends to <u>supersede</u> Doc. Nos. 7, 8 and 14, and <u>*will be filed/lodged concurrently herewith*</u>, as follows:

---

[1] As set forth in Defendant's Second Amended RJN, Defendant also requests that the Court take judicial notice of the District Court of Hawaii's recent Findings and Recommendation to Dismiss Peter Strojnik Sr.'s first amended complaint in *Peter Strojnik v. Kapalua Land Company LTD, et al.*, No. 19-00077-SOM-KJM, dated Aug. 26, 2019, based, in part, on lack of standing to sue, which is attached thereto as <u>Exhibit 36</u>.

buchalter.com

Los Angeles
Napa Valley
Orange County
Sacramento
San Diego
San Francisco
Scottsdale
Seattle

# Buchalter

Honorable Donna M. Ryu
August 29, 2019
Page 2

**Defendant IA Lodging Napa First LLC, dba Andaz Napa's
<u>Second Amended</u> Request for Judicial Notice In Support Of
Motion To Dismiss and Motion For Order Declaring Plaintiff
A Vexatious Litigant**

We apologize for the confusion caused by Defendant's previous filings, and appreciate the Court's patience and understanding with this matter.

Very truly yours,

BUCHALTER
A Professional Corporation

By:   /s/ Eric Kennedy_____
Eric Kennedy
Tracy A. Warren
Ashley L. Milnes
Attorneys for Defendant
IA Lodging Napa First LLC, dba Andaz Napa

EMK:LA

Buchalter

Honorable Donna M. Ryu
August 29, 2019
Page 3

## CERTIFICATE OF SERVICE

      I hereby certify that on August 29, 2019, I electronically filed the above document with the Clerk of the Court using CM/ECF, which sends electronic notification of such filing to all registered counsel.

      By:  /s/ Eric Kennedy_____