Peter Strojnik (Sr.),
7847 N. Central Ave.
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFRNIA

PETER STROJNIK (SR.),

                Plaintiff,

vs.

IA LODGING NAPA FIRST LLC, dba Andaz Napa,

                Defendant.

Case No: 4:19-cv-03983-DMR

**NOTICE OF CHANGE OF HEARING DATE**

Please take notice that Plaintiff's motion for partial summary judgment [Doc 30] is noticed for hearing on a date 10/24/2019 at 01:00 PM in compliance with Local Rule 7-2(a) and Judge Ryu's Standing Order.

RESPECTFULLY SUBMITTED this 16th day of September, 2019,

**PETER STROJNIK**

_____
Plaintiff