UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>    Plaintiff,<br><br>    v.<br><br>IA LODGING NAPA FIRST LLC,<br><br>    Defendant. | Case No. 19-cv-03983-DMR<br><br>**ORDER FOR SUPPLEMENTAL INFORMATION**<br><br>Re: Dkt. No. 8 |

Defendant IA Lodging Napa First LLC filed a motion to declare pro se Plaintiff Peter Strojnik a vexatious litigant. [Docket No. 8.] The court held a hearing on October 24, 2019. Strojnik is ordered to file a declaration verified under penalty of perjury that provides the following information about his ADA practice:

1. How many ADA cases has Strojnik filed in the Northern District of California? How many ADA cases has he filed in California? For each case, provide the following information:

    a. A detailed description of the alleged barriers, including the date(s) that Strojnik encountered the barriers;

    b. Details regarding any investigation Strojnik performed regarding the alleged barriers, such as visiting a site and/or personally taking photographs, as well as the dates of the investigations;

    c. Whether Strojnik dismissed the case voluntarily before any court action, and if so, the reason for dismissal (e.g., settlement);

    d. Whether the complaint(s) was challenged on a motion to dismiss, and if so, whether any portion of the motion was granted and on what basis;

    e. Whether any of the cases have been tried on the merits.

2. What is the total amount of money Strojnik has recovered in settlements of his ADA cases filed in this district? What is the average recovery in those cases?

3. What is the total amount of money Strojnik has recovered in settlements of his ADA cases filed in California? What is the average recovery in those cases?

4. Explain Strojnik's process for drafting his complaints, including the following information:

   a. Does Strojnik tailor each complaint to the specific facts of a case?

   b. Who assists in preparing his complaints?

   c. Does he personally review each complaint before it is filed to ensure its accuracy?

   d. Does he personally take the photographs he attaches to his complaint? If not, who does?

Strojnik shall file the required declaration by no later than November 30, 2019.

**IT IS SO ORDERED.**

Dated: October 29, 2019



Donna M. Ryu
United States Magistrate Judge