# U.S. District Court
## California Northern District (San Jose)
### CIVIL DOCKET FOR CASE #: 5:19-cv-03006-NC

| | |
|---|---|
| Strojnik v. Hyatt International Corporation | Date Filed: 05/31/2019 |
| Assigned to: Judge Nathanael M. Cousins | Jury Demand: Plaintiff |
| Cause: 42:12101 Americans w/ Disabilities Act (ADA) | Nature of Suit: 446 American with Disabilities - Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Peter Strojnik**　　　　　　　　　　　represented by　**Peter Strojnik**
　　　　　　　　　　　　　　　　　　　　　　　　　　　7847 N. Central Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　Phoenix, AZ 85020
　　　　　　　　　　　　　　　　　　　　　　　　　　　602-524-6602
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: ps@strojnik.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

V.

**Defendant**

**Hyatt International Corporation**　　　represented by　**Tracy Anne Warren**
*doing business as*　　　　　　　　　　　　　　　　　　Buchalter
Hyatt Carmel Highlands　　　　　　　　　　　　　　　　655 W. Broadway, Suite 1625
　　　　　　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　　　　　　　　　　　　　619-219-5335
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 949-720-0182
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: twarren@buchalter.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Eric Michael Kennedy**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Buchalter, APC
　　　　　　　　　　　　　　　　　　　　　　　　　　　1000 Wilshire Blvd
　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 1500
　　　　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90017
　　　　　　　　　　　　　　　　　　　　　　　　　　　213-891-0700
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: ekennedy@buchalter.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Rick Anthony Waltman**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Buchalter, APC
　　　　　　　　　　　　　　　　　　　　　　　　　　　655 W. Broadway, Suite 1625
　　　　　　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　　　　　　　　　　　　　619-219-5335
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: rwaltman@buchalter.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/31/2019 | 1 | COMPLAINT against Hyatt International Corporation (Filing fee $ 400-Paid.) Filed by Peter Strojnik, Sr. (Attachments: # 1 Civil Cover Sheet, # 2 Receipt)(sfbS, COURT STAFF) (Filed on 5/31/2019) (Entered: 05/31/2019) |
| 05/31/2019 | 2 | **Initial Case Management Scheduling Order for Cases Asserting Denial of Right of Access under Americans with Disabilities Act. (sfbS, COURT STAFF) (Filed on 5/31/2019) (Entered: 05/31/2019)** |
| 05/31/2019 | 3 | Summons Issued as to Hyatt International Corporation. (sfbS, COURT STAFF) (Filed on 5/31/2019) (Entered: 05/31/2019) |
| 07/02/2019 | 4 | SUMMONS Returned Executed by Peter Strojnik, Sr. Hyatt International Corporation served on 6/28/2019, answer due 7/19/2019. (sfbS, COURT STAFF) (Filed on 7/2/2019) (Entered: 07/02/2019) |
| 07/09/2019 | 5 | CLERK'S NOTICE SETTING Initial Case Management Conference for 11/6/2019 at 10:00 AM before Judge Nathanael Cousins in San Jose, Courtroom 5, 4th Floor. Case Management Statement due by 10/30/2019.<br><br>All parties are requested to file a consent or declination to proceed before a magistrate judge by 7/23/2019. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms.<br><br>(Attachments: # 1 Certificate/Proof of Service) (lmh, COURT STAFF) (Filed on 7/9/2019) (Entered: 07/09/2019) |
| 07/31/2019 | 6 | STIPULATION re 1 Complaint *Stipulation to Extend Deadline for Responsive Pleading* filed by Hyatt International Corporation. (Warren, Tracy) (Filed on 7/31/2019) (Entered: 07/31/2019) |
| 08/06/2019 | 7 | SECOND CLERK'S NOTICE REGARDING Consent or Declination: All parties are requested to file a consent or declination to proceed before a magistrate judge by 8/20/2019. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. (Attachments: # 1 Certificate/Proof of Service) (lmh, COURT STAFF) (Filed on 8/6/2019) (Entered: 08/06/2019) |
| 08/08/2019 | 8 | MOTION to Dismiss filed by Hyatt International Corporation. Motion Hearing set for 10/2/2019 01:00 PM in San Jose, Courtroom 5, 4th Floor before Judge Nathanael M. Cousins. Responses due by 8/22/2019. Replies due by 8/29/2019. (Attachments: # 1 Supplement Request for Judicial Notice in Support of Motion to Dismiss, # 2 Proposed Order [Proposed] Order Granting Motion to Dismiss)(Warren, Tracy) (Filed on 8/8/2019) (Entered: 08/08/2019) |
| 08/08/2019 | 9 | MOTION Order declaring Plaintiff Peter Strojnik Sr. a vexatious litigant and requiring him to obtain leave of the Court before filing any future ADA in this Court. re 1 Complaint filed by Hyatt International Corporation. Motion Hearing set for 10/2/2019 01:00 PM in San Jose, Courtroom 5, 4th Floor before Judge Nathanael M. Cousins. Responses due by 8/22/2019. Replies due by 8/29/2019. (Attachments: # 1 Supplement Request for Judicial Notice in Support of Motion for Order Declaring Plaintiff a Vexatious Litigant, # 2 Proposed Order Proposed Order Granting Motion for an Order Declaring Plaintiff a Vexatious Litigant)(Warren, Tracy) (Filed on 8/8/2019) (Entered: 08/08/2019) |
| 08/08/2019 | 10 | CERTIFICATE OF SERVICE by Hyatt International Corporation re 8 MOTION to Dismiss , 9 MOTION Order declaring Plaintiff Peter Strojnik Sr. a vexatious litigant and |

| | | |
|---|---|---|
| | | requiring him to obtain leave of the Court before filing any future ADA in this Court. re 1 Complaint (Warren, Tracy) (Filed on 8/8/2019) (Entered: 08/08/2019) |
| 08/08/2019 | 11 | Certificate of Interested Entities by Hyatt International Corporation (Warren, Tracy) (Filed on 8/8/2019) (Entered: 08/08/2019) |
| 08/12/2019 | 12 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Peter Strojnik, Sr. (sfbS, COURT STAFF) (Filed on 8/12/2019) (Entered: 08/13/2019) |
| 08/15/2019 | 13 | MOTION for Permission for Electronic Case Filing filed by Peter Strojnik, Sr. (Attachments: # 1 Proposed Order)(sfbS, COURT STAFF) (Filed on 8/15/2019) (Entered: 08/16/2019) |
| 08/20/2019 | 14 | **ORDER GRANTING Motion for Permission for Electronic Case Filing filed by Peter Strojnik, Sr. 13 . Signed by Judge Nathanael Cousins.** (Attachments: # 1 Certificate/Proof of Service)(lmh, COURT STAFF) (Filed on 8/20/2019) (Entered: 08/20/2019) |
| 08/20/2019 | 15 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Hyatt International Corporation.. (Waltman, Rick) (Filed on 8/20/2019) (Entered: 08/20/2019) |
| 08/21/2019 | 16 | RESPONSE (re 8 MOTION to Dismiss ) filed by Peter Strojnik, Sr. (sfbS, COURT STAFF) (Filed on 8/21/2019) (Entered: 08/22/2019) |
| 08/21/2019 | 17 | RESPONSE (re 9 MOTION Order declaring Plaintiff Peter Strojnik Sr. a vexatious litigant and requiring him to obtain leave of the Court before filing any future ADA in this Court. re 1 Complaint ) filed by Peter Strojnik, Sr. (sfbS, COURT STAFF) (Filed on 8/21/2019) (Entered: 08/22/2019) |
| 08/21/2019 | 18 | OBJECTIONS to Defendant's Request for Judicial Notice in Support of Motion to Declare Plaintiff a Vexatious Litigant by Peter Strojnik, Sr. (sfbS, COURT STAFF) (Filed on 8/21/2019) (Entered: 08/22/2019) |
| 08/21/2019 | 19 | Declaration of Peter Strojnik Regarding his ADA Practice filed by Peter Strojnik, Sr. (sfbS, COURT STAFF) (Filed on 8/21/2019) (Entered: 08/22/2019) |
| 08/29/2019 | 20 | REPLY (re 8 MOTION to Dismiss ) filed byHyatt International Corporation. (Kennedy, Eric) (Filed on 8/29/2019) (Entered: 08/29/2019) |
| 08/29/2019 | 21 | **\*Disregard, Wrong PDF. See dkt 23 for Corrections\*** REPLY (re 9 MOTION Order declaring Plaintiff Peter Strojnik Sr. a vexatious litigant and requiring him to obtain leave of the Court before filing any future ADA in this Court. re 1 Complaint ) filed by Hyatt International Corporation. (Kennedy, Eric) (Filed on 8/29/2019) Modified on 8/30/2019 (sfbS, COURT STAFF). (Entered: 08/29/2019) |
| 08/29/2019 | 22 | Request for Judicial Notice filed byHyatt International Corporation. (Kennedy, Eric) (Filed on 8/29/2019) (Entered: 08/29/2019) |
| 08/30/2019 | 23 | REPLY *Correction for dkt 21 * (re 9 MOTION Order declaring Plaintiff Peter Strojnik Sr. a vexatious litigant and requiring him to obtain leave of the Court before filing any future ADA in this Court. re 1 Complaint ) filed by Hyatt International Corporation. (Kennedy, Eric) (Filed on 8/30/2019) Modified on 8/30/2019 (sfbS, COURT STAFF). Modified on 8/30/2019 (sfbS, COURT STAFF). (Entered: 08/30/2019) |
| 08/30/2019 | 24 | OBJECTIONS to re 22 Request for Judicial Notice by Peter Strojnik. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Strojnik, Peter) (Filed on 8/30/2019) (Entered: 08/30/2019) |
| 09/25/2019 | 25 | MOTION to Appear by Telephone filed by Peter Strojnik. (Strojnik, Peter) (Filed on 9/25/2019). (Entered: 09/25/2019) |

| | | |
|---|---|---|
| 09/26/2019 | 26 | CLERK'S NOTICE VACATING HEARING set for 10/2/2019 at 01:00 PM re: Defendant's motion to dismiss 8 and motion for an order declaring Plaintiff Peter Strojnik (Sr.) a vexatious litigant 9 . The Court finds the motions suitable for hearing without oral argument. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (lmh, COURT STAFF) (Filed on 9/26/2019) (Entered: 09/26/2019) |
| 10/21/2019 | 27 | MOTION to Appear by Telephone filed by Peter Strojnik. (Attachments: # 1 Proposed Order)(Strojnik, Peter) (Filed on 10/21/2019) (Entered: 10/21/2019) |
| 10/24/2019 | 28 | NOTICE by Hyatt International Corporation re 5 Clerk's Notice,,, Clerk's Notice re: Consent or Declination,, *Defendant's Request for Telephonic Appearance at Initial Case Management Conference* (Attachments: # 1 Proposed Order [Proposed] Order Granting Defendant's Request for Telephonic Appearance at Initial Case Management Conference) (Kennedy, Eric) (Filed on 10/24/2019) (Entered: 10/24/2019) |
| 10/24/2019 | 29 | **ORDER GRANTING Motion to Appear by Telephone filed by Peter Strojnik 27 . Counsel must contact the Courtroom Deputy at Lili_Harrell@cand.uscourts.gov to provide a direct dial number for the Court to initiate the call. Signed by Judge Nathanael Cousins.** (lmh, COURT STAFF) (Filed on 10/24/2019) (Entered: 10/24/2019) |
| 10/24/2019 | 30 | **ORDER GRANTING Defendant's Request for Telephonic Appearance at Initial Case Management Conference 28 . Counsel must contact the Courtroom Deputy at Lili_Harrell@cand.uscourts.gov to provide a direct dial number for the Court to initiate the call. Signed by Judge Nathanael Cousins on 10/24/2019.** (lmh, COURT STAFF) (Filed on 10/24/2019) (Entered: 10/24/2019) |
| 10/30/2019 | 31 | CASE MANAGEMENT STATEMENT filed by Hyatt International Corporation. (Warren, Tracy) (Filed on 10/30/2019) (Entered: 10/30/2019) |
| 10/31/2019 | 32 | CASE MANAGEMENT STATEMENT filed by Peter Strojnik. (Strojnik, Peter) (Filed on 10/31/2019) (Entered: 10/31/2019) |
| 11/01/2019 | 33 | **ORDER GRANTING LEAVE TO AMEND COMPLAINT; DENYING AS PREMATURE DEFENDANT'S MOTION TO DECLARE PLAINTIFF AS VEXATIOUS; AND CONTINUING CMC TO JAN. 15. Re: ECF: 8 , 9 . Plaintiff to file amended complaint by 11/15/2019. The 11/6 CMC is CONTINUED to 1/15/2020 at 10:00 AM, by phone. Joint CMC statement is due 1/8/2020. Case is REFERRED to the ADR unit for assignment of a mediator, with mediation requested to be completed within 90 days. Signed by Judge Nathanael Cousins.** (lmh, COURT STAFF) (Filed on 11/1/2019) (Entered: 11/01/2019) |
| 11/01/2019 | | CASE REFERRED to Mediation. (lmh, COURT STAFF) (Filed on 11/1/2019) (Entered: 11/01/2019) |
| 11/03/2019 | 34 | AMENDED COMPLAINT against Hyatt International Corporation. Filed byPeter Strojnik. (Strojnik, Peter) (Filed on 11/3/2019) (Entered: 11/03/2019) |
| 11/04/2019 | 35 | ADR Clerk's Notice Setting ADR Phone Conference on 11/14/19 at 1 p.m.. Please note that you must be logged into an ECF account of counsel of record in order to view this document. (ec, COURT STAFF) (Filed on 11/4/2019) (Entered: 11/04/2019) |
| 11/15/2019 | 36 | ADR Remark: ADR Phone Conference held on 11/14/2019 by Howard Herman. (af, COURT STAFF) (Filed on 11/15/2019) *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (Entered: 11/15/2019) |
| 11/15/2019 | 37 | ADR Clerk's Notice Appointing Howard A. Herman as Mediator. (Attachments: # 1 Certificate/Proof of Service)(af, COURT STAFF) (Filed on 11/15/2019) (Entered: 11/15/2019) |

| | | |
|---|---|---|
| 11/18/2019 | 38 | MOTION to Dismiss filed by Hyatt International Corporation. Motion Hearing set for 1/8/2020 01:00 PM in San Jose, Courtroom 5, 4th Floor before Judge Nathanael M. Cousins. Responses due by 12/2/2019. Replies due by 12/9/2019. (Attachments: # 1 Second Supplemental Request for Judicial Notice ISO Motion to Dismiss FAC, # 2 Proposed Order Proposed Order Granting Motion to Dismiss First Amended Complaint) (Kennedy, Eric) (Filed on 11/18/2019) (Entered: 11/18/2019) |
| 11/21/2019 | 39 | OPPOSITION/RESPONSE (re 38 MOTION to Dismiss ) filed by Peter Strojnik. (Attachments: # 1 Exhibit 1)(Strojnik, Peter) (Filed on 11/21/2019) Modified on 11/22/2019 (sfbS, COURT STAFF). (Entered: 11/21/2019) |
| 12/05/2019 | 40 | ADR Remark: The Parties have reported to the Mediator that the matter is settled. (af, COURT STAFF) (Filed on 12/5/2019) *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (Entered: 12/05/2019) |
| 12/05/2019 | 41 | CLERK'S NOTICE: Parties to file settlement status report by 12/12/2019, as ordered by Judge Nathanael Cousins. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (lmh, COURT STAFF) (Filed on 12/5/2019) (Entered: 12/05/2019) |
| 12/12/2019 | 42 | STATUS REPORT by Peter Strojnik. (Strojnik, Peter) (Filed on 12/12/2019) (Entered: 12/12/2019) |
| 12/17/2019 | 43 | Mail sent to Peter Strojnik returned as No Longer at the Address re 37 ADR Clerk's Notice Appointing Mediator. (sfbS, COURT STAFF) (Filed on 12/17/2019) (Entered: 12/19/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/21/2019 08:22:09 | | | |
| **PACER Login:** | stropc1998:2743764:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:19-cv-03006-NC |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |