**ADOT Motor Vehicle Division**
96-0104 R07/13   www.azdot.gov

Mail Drop 801Z
Special Plates Unit
Motor Vehicle Division
PO Box 2100
Phoenix AZ 85001-2100

**DISABILITY – HEARING IMPAIRED PLATE/PLACARD APPLICATION**

Application Type: ☐ New Plate  ☐ New Placard
For renewals, use form # 40-0112, available online.

| Applicant Name (disabled/hearing impaired person or organization) | Phone | Date of Birth | Driver License Number |
|---|---|---|---|
| Strojnik, Peter | ( ) | 6-15-52 | |

| Applicant Mailing Address | City | State | Zip |
|---|---|---|---|
| | | | |

Plate Applicants: Vehicle information below is for plate applicants only (vehicle must be owned or leased by the disabled/hearing impaired person)

| Vehicle Identification Number | Year | Make | Current Plate Number |
|---|---|---|---|
| | | | |

**Physically Disabled** — International Symbol of Access, for parking in specially marked spaces
Medical Certification must be completed by an authorized physician (doctor of medicine, osteopathy, podiatry or chiropractic, licensed to practice medicine in the United States), a registered nurse practitioner or by a hospital administrator. Applicant must have one or more of the following conditions.

— Visual impairment in and of itself does not qualify a person for a plate or placard. —

- Unable to walk 200 feet without stopping to rest
- Unable to walk without help from another person or a brace, cane, crutch, wheelchair or other prosthetic or assistive device
- Lung disease with forced respiratory, expiratory volume for one second, if measured by spirometry, is less than one liter, or the arterial oxygen tension is less than 60 mm/hg on room air at rest
- Uses portable oxygen
- Cardiac condition with Class 3 or 4 functional limitations as by American Heart Association standards
- Severely limited in ability to walk due to an arthritic, neurological or orthopedic condition

**Hearing Impaired** — To alert law enforcement and others to the driver's condition (not for special parking privileges)
Medical Certification must be completed by a person licensed to practice medicine in the United States or an audiologist certified by the American Speech, Language and Hearing Association. Applicant must be unable to hear or understand normal speech, with or without a hearing aid, in optimal conditions.

**Medical Certification**

| Health Professional Name * | Phone | Fax |
|---|---|---|
| Marc Lee M.D. | (602) 251 3122 | (602) 254 1226 |

Hospital Name (if signed by Administrator)

| Mailing Address | City | State | Zip |
|---|---|---|---|
| 1301 E McDowell Rd # 202 | Phx | Az | 85006 |

I certify that the applicant has one or more of the conditions listed above and for that reason is:
☒ Permanently Physically Disabled   ☐ Temporarily Physically Disabled (must be recertified after 6 months)   ☐ Hearing Impaired

| Health Professional Signature (stamp not accepted) * | Medical License or Certification Number | Date |
|---|---|---|
| [signature] | A2 9292 | 8/1/18 |

* Must be authorized physician (see above), registered nurse practitioner, audiologist or hospital administrator. Stamp Not Accepted

**Individual Applicants**
I certify (or declare) that the foregoing is true and correct. I have read the front and back of this form and I fully understand and take responsibility for the use of the Disability Placard(s) or Plates that are issued to me.
The Medical Certification above was not completed because:
☐ One is already on file for the following plate/placard
☐ Authorized from another state (indicate plate/placard number and state)

| Plate/Placard Number | State |
|---|---|
| | |

| Applicant Signature (disabled/hearing impaired person) | Date |
|---|---|
| | |

**Organization Applicants**
I certify (or declare) that the foregoing is true and correct. I have read the front and back of this form and I fully understand and take responsibility for the use of the Disability Placard(s) or Plates that are issued to this organization.
☐ The vehicle indicated above is primarily used to transport physically disabled persons who have one or more of the conditions listed above.
☐ The Nonprofit Organization/Applicant indicated above provides assistance to senior citizens.

| Authorized Officer Name | Officer Signature | Date |
|---|---|---|
| | | |

| MVD Use | Plate # Issued | Placard # Issued | MVD Agent | Office | Issue Date |
|---|---|---|---|---|---|
| Non-Profit Organization | | Placard # Issued | Placard # Issued | | Placard # Issued |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

