BUCHALTER
A Professional Corporation
TRACY A. WARREN (SBN: 228013)
ERIC KENNEDY (SBN: 228393)
RICK A. WALTMAN (SBN: 306463)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Tel.: 213.891.0700
Fax: 213.896.0400
Email: twarren@buchalter.com
ekennedy@buchalter.com

Attorneys for Defendant IA Lodging Napa First LLC, dba Andaz Napa

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (SR.),<br><br>Plaintiff,<br><br>VS.<br><br>IA LODGING NAPA FIRST LLC DBA ANDAZ NAPA,<br><br>Defendant. | Case No. 4:19-cv-03983-DMR<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT IA LODGING NAPA FIRST LLC, DBA ANDAZ NAPA'S NOTICE OF MOTION AND MOTION FOR AN ORDER HOLDING PLAINTIFF IN CONTEMPT AND FOR SANCTIONS**<br><br>**Pursuant to Fed. R. Civ. P. 11, 18 U.S. Code § 401,** *inter alia*<br><br>Hearing Date:  June 25, 2020<br>Time:          1:00 p.m.<br>Judge:         Hon. Donna M. Ryu |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Evidence 201(b), Defendant IA Lodging Napa First, LLC. ("Defendant") hereby requests that the Court take judicial notice of the following documents and facts in support of its Motion to Dismiss Plaintiff's Complaint and Declare Plaintiff a Vexatious Litigant, filed concurrently herewith.

Rule 201 permits the Court to take judicial notice of facts which are not subject to

reasonable dispute. Fed. R. Evid. 201(b). A fact is not subject to reasonable dispute if it is either (1) "generally known within the trial court's territorial jurisdiction," or (2) capable of accurate and ready determination from "sources whose accuracy cannot reasonably be questioned." *Id*. If a party requests judicial notice of such a fact, the court "must take judicial notice." Fed. R. Evid. 201(c)(2). Public records available from reliable sources on the Internet, such as websites run by governmental agencies, are generally properly subject to judicial notice. *Ryan v. City of Lincoln*, No. 18-cv-00096-KJM-DB, 2018 6415640 at *2 (E.D. Cal. Dec. 6, 2018); *see also Farina v. 700 Valencia St.*, 2015 U.S. Dist. LEXIS 109076, *12-13 (N.D. Cal. 2015) (taking judicial notice of Delaware and California Secretary of State websites); *Johnson v. Alhambra & O Associates, et al.*, No. 19-cv-00103-JAM-DB, Doc. No. 15, *3-4 (E.D. Cal. June 24, 2019) (taking judicial notice of attorney profile on State Bar of California website and case query results); *Cty. Of Santa Clara v. Trump*, 250 F. Supp. 3d 497, 510 n. 2 (N.D. Cal. 2017) (taking judicial notice of letter from Assistant Attorney General maintained on official government website), *recon. denied*, 267 F. Supp. 3d 1201 (N.D. Cal. 2017).

Accordingly, Defendant hereby respectfully requests that the Court take judicial notice of Exhibits 1 in support of its Motion:

| Exhibit 1: | PACER search results for Plaintiff Peter Strojnik showing that Mr. Strojnik has filed 33 cases in federal courts throughout Hawaii, California, Oregon, Washington, New Mexico, Idaho, Texas, and Peurto Rico since October 29, 2019. The search results are available at https://pcl.uscourts.gov/pcl/pages/search/findPartyAdvanced.jsf (last visited March 20, 2020) |
|---|---|

DATED: March 23, 2020

BUCHALTER
A Professional Corporation


By: *s/ Tracy A. Warren*
TRACY A. WARREN
ERIC KENNEDY
RICK A. WALTMAN
Attorneys for Defendant IA Lodging Napa First LLC, dba Andaz Napa

# EXHIBIT 1



# Party Search Results

**Search Criteria:** Party Search; Date Filed (On or After): [10/29/2019]; Date Filed (On or Before): [03/19/2020]; Court ID: [CA, HI, ID, NM, OR, PR, TX, WA]; Last Name: [Strojnik]; First Name: [Peter]; Party Role: [PLA]; Sort: [Date Filed, Descending]
**Result Count:** 33 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Strojnik, Peter (pla) | 3:2020cv00384 | Strojnik v. Driftwood Capital Partners LLC | California Southern District Court | 02/28/2020 | |
| Strojnik, Peter (pla) | 3:2020cv00387 | Strojnik v. Lafayette Landlord, LLC | California Southern District Court | 02/28/2020 | |
| Strojnik, Peter (pla) | 2:2020cv01925 | Peter Strojnik v. Ventura Seaward Hotel, LP | California Central District Court | 02/27/2020 | |
| Strojnik, Peter (pla) | 3:2020cv00359 | Strojnik v. Souldriver Lessee, Inc. | California Southern District Court | 02/26/2020 | |
| Strojnik, Peter (pla) | 2:2020cv01862 | Peter Strojnik v. Ventura BV Inn, LLC | California Central District Court | 02/26/2020 | |
| Strojnik, Peter (pla) | 3:2020cv00358 | Strojnik v. San Diego Farah Partners, L.P. | California Southern District Court | 02/26/2020 | 03/02/2020 |
| Strojnik, Peter (pla) | 3:2020cv00360 | Strojnik v. RBI Investors L.P. | California Southern District Court | 02/26/2020 | |
| Strojnik, Peter (pla) | 2:2020cv01871 | Peter Strojnik v. Dario Pini Trust | California Central District Court | 02/26/2020 | |
| Strojnik, Peter (pla) | 4:2020cv01291 | Strojnik v. Moraya Investments, LLC | California Northern District Court | 02/20/2020 | |
| Strojnik, Peter (pla) | 4:2020cv01289 | Strojnik v. The Inn at Jack London Square, LLC | California Northern District Court | 02/20/2020 | |
| Strojnik, Peter (pla) | 3:2020cv01290 | Strojnik v. Seema Will Rogers, LLC | California Northern District Court | 02/20/2020 | |
| Strojnik, Peter (pla) | 5:2020cv01083 | Strojnik v. Pacifica Hotel, Pacific, L.P. | California Northern District Court | 02/11/2020 | |
| Strojnik, Peter (pla) | 8:2020cv00256 | Peter Strojnik v. Shakti Investments, LLC | California Central District Court | 02/10/2020 | |
| Strojnik, Peter (pla) | 8:2020cv00255 | Peter Strojnik Sr. v. SWK Properties, LLC | California Central District Court | 02/10/2020 | |
| Strojnik, Peter (pla) | 8:2020cv00258 | Peter Strojnik Sr. v. President Hotel Investment, LLC | California Central District Court | 02/10/2020 | |
| Strojnik, Peter (pla) | 8:2020cv00254 | Peter Strojnik Sr. v. Shandilya, Inc. | California Central District Court | 02/10/2020 | |
| Strojnik, Peter (pla) | 8:2020cv00257 | Peter Strojnik Sr. v. Lee Family Trust | California Central District Court | 02/10/2020 | |
| Strojnik, Peter (pla) | 3:2020cv01051 | Strojnik v. Napa Discovery Inn, LLC | California Northern District Court | 02/10/2020 | 03/16/2020 |
| Strojnik, Peter (pla) | 4:2020cv01050 | Strojnik v. Napa Hotel and Restaurant LLC | California Northern District Court | 02/10/2020 | |
| Strojnik, Peter (pla) | 5:2020cv00354 | Strojnik v. R.F. Weichert V, Inc. | California Northern District Court | 01/16/2020 | |
| Strojnik, Peter (pla) | 8:2020cv00062 | Peter Strojnik Sr. v. Interstate Hotels and Resorts Inc. | California Central District Court | 01/13/2020 | 03/18/2020 |
| Strojnik, Peter (pla) | 8:2020cv00065 | Peter Strojnik Sr. v. CMP 1 Santa Ana Owner LP | California Central District Court | 01/13/2020 | 03/02/2020 |
| Strojnik, Peter (pla) | 8:2020cv00063 | Peter Strojnik Sr. v. Interstate Hotels and Resorts, Inc. | California Central District Court | 01/13/2020 | |
| Strojnik, Peter (pla) | 8:2020cv00064 | Peter Strojnik Sr. v. DMD Lodging Inc | California Central District Court | 01/13/2020 | |
| Strojnik, Peter (pla) | 5:2020cv00136 | Strojnik v. SWVP Monterey, LLC | California Northern District Court | 01/07/2020 | |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Strojnik, Peter (pla) | 8:2020cv00021 | Peter Strojnik Sr. v. Salone Development Corporation | California Central District Court | 01/06/2020 | |
| Strojnik, Peter (pla) | 3:2019cv02211 | Strojnik v. Indoc Partners, LLC | California Southern District Court | 11/20/2019 | |
| Strojnik, Peter (pla) | 3:2019cv02210 | Strojnik v. Village 1017 Coronado, Inc. | California Southern District Court | 11/20/2019 | |
| Strojnik, Peter (pla) | 3:2019cv02212 | Strojnik v. Kamla Hotels, Inc. | California Southern District Court | 11/20/2019 | |
| Strojnik, Peter (pla) | 2:2019cv02326 | (PS) Strojnik v. Izabella Investment, LLC | California Eastern District Court | 11/18/2019 | 01/14/2020 |
| Strojnik, Peter (pla) | 5:2019cv07579 | Strojnik v. Portola Hotel, LLC | California Northern District Court | 11/18/2019 | |
| Strojnik, Peter (pla) | 3:2019cv02148 | Strojnik v. Cherokee Lodge, LLC | California Southern District Court | 11/07/2019 | 01/23/2020 |
| Strojnik, Peter (pla) | 3:2019cv02147 | Strojnik v. Barrigon Inc | California Southern District Court | 11/07/2019 | 01/27/2020 |

| PACER Service Center | |
|---|---|
| | Receipt 03/19/2020 14:24:36 931546948 |
| User | florvelazquez |
| Client Code | H9374-0012/Waltman |
| Description | All Court Types Party Search |
| | All Courts; Name Strojnik, Peter; Role pla; Court ID CA, HI, ID, NM, OR, PR, TX, WA; Date Filed 10/29/2019 to 03/19/2020; Page: 1; sort: DateFiled, DESC |
| Billable Pages | 1 ($0.10) |