Peter Strojnik (Sr.)
7847 N. Central Ave.
Phoenix, Arizona 85020
Telephone: (602) 524-6602
PS@strojnik.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

PETER STROJNIK,

                Plaintiff,

vs.

IA LODGING NAPA FIRST LLC, DBA ANDAZ NAPA,

                Defendant.

Case No: 4:19-cv-03983-DMR

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SANCTIONS**

On October 29, 2019, this Court issued to Strojnik an Order for Supplemental Information. Dkt at 40. Strojnik objected, requested the Court to Permit Limited Discovery, and Moved to Modify the Order. Dkt at 41.

On March 19, 2020, the Court denied Strojnik's objections, Dkt. at 55, and ordered Strojnik to provide the requested information by April 6, 2020 under the penalty of contempt.

Strojnik immediately went about collecting the information and provided it to the Court March 21, 2020. Dkt. at 56.

There can be no good faith reason for Defendant's Motion although it is abundantly clear that Strojnik's Response to Court's Questions 1-4 in [56] utterly disseminates not only Defendant's Motion to declare Strojnik a vexatious litigant, but also its motion to dismiss. In his Response to Court's Questions 1-4, Strojnik references a denial of a legally

indistinguishable motion to dismiss in *Strojnik v. GF Carneros Tenant, LLC* (N.D. Cal. 3:19-cv-03583 at Dkt. 28) issued by the Honorable Jacqueline Scott Curley. A copy of that Order denying the motion to dismiss is attached.

Defendant's Motion should be denied.

DATED this 23rd day of March, 2020.

**PETER STROJNIK**

Peter Strojnik
Plaintiff

FILED AND SERVED THROUGH PACER