Peter Strojnik (Sr.),
7847 N. Central Ave.
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>Plaintiff,<br><br>vs.<br><br>IA LODGING NAPA FIRST LLC., DBA ANDAZ NAPA<br><br>Defendant. | Case No: 4:19-cv-03983-DMR<br><br>**PLAINTIFF'S REQUEST TO STAY CONSIDERATION OF DEFENDANT'S JUDICIAL NOTICE UNTIL THE CENTRAL DISTRICT COURT GRANTS OR REJECTS *PLAINTIFF'S REQUEST TO COURT TO SUPPLEMENT THE ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT BY SUPPORTING ITS SUBSTANTIVE FINDINGS AS TO THE FRIVOLOUSNESS OR HARASSING NATURE OF THE PLAINTIFF'S FILINGS FOR THE PURPOSES OF REVIEW*** |

Plaintiff respectfully request that the Court stay its consideration of Central District Court's order in *Strojnik v. SCG American Construction Inc.*, Case No. 8:19-cv-1560-JVS-JDE (C.D. Cal. April 19, 2020) appended to Defendant's Supplemental Request for Judicial Notice, Dkt. at 31, until the Central District Court has had the opportunity to address Plaintiff's *Request To Court To Supplement The Order Declaring Plaintiff A Vexatious Litigant By Supporting Its Substantive Findings As To The Frivolousness Or Harassing Nature Of The Plaintiff's Filings For The Purposes Of Review* attached hereto as Exhibit 1.

///

///

///

1   RESPECTFULLY SUBMITTED this 22nd day of April 2020.

**PETER STROJNIK**

_____
Plaintiff

ECF filed.

2