BUCHALTER
A Professional Corporation
TRACY A. WARREN (SBN: 228013)
ERIC KENNEDY (SBN: 228393)
ASHLEY L. MILNES (SBN: 300697)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email: ekennedy@buchalter.com

Attorneys for Defendant IA Lodging Napa First LLC, dba Andaz Napa

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (SR.),<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>IA LODGING NAPA FIRST LLC, DBA ANDAZ NAPA,<br><br>　　　　Defendant. | Case No. 4:19-cv-03983-DMR<br><br>**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT IA LODGING NAPA FIRST LLC, DBA ANDAZ NAPA'S MOTION FOR ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT** |

BUCHALTER
A Professional Corporation
Los Angeles

**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION FOR ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT**　　　Case No. 4:19-cv-03983-DMR

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Evidence 201(b), Defendant IA Lodging Napa First LLC, dba Andaz Napa, hereby requests that the Court take judicial notice of the District Court's order in *Strojnik v. SCG American Construction Inc.* denying Plaintiff's request to supplement the order declaring him a vexatious litigant in that case. *Strojnik v. SCG American Construction Inc.*, Case No. 8:19-cv-1560-JVS-JDE (C.D. Cal. May 5, 2020) (*Strojnik v. SCG*). A copy of the *Strojnik v. SCG* court's May 5, 2020 order is attached hereto as <u>Exhibit 1</u>.

Due to this order, Plaintiff's request to stay this Court's consideration of the *Strojnik v. SCG* order declaring him a vexatious litigant [Dkt. 63] is moot.

DATED:  May 6, 2020                    BUCHALTER
                                       A Professional Corporation


                                       By:  */s/ Tracy A. Warren*
                                            TRACY A. WARREN
                                            ERIC KENNEDY
                                            ASHLEY L. MILNES
                                            RICK A. WALTMAN
                                       Attorneys for Defendant IA Lodging Napa
                                       First LLC, dba Andaz Napa

2
SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN
SUPPORT OF DEFENDANT'S MOTION FOR ORDER
DECLARING PLAINTIFF A VEXATIOUS LITIGANT

Case No. 4:19-cv-03983-DMR

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2020, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By:  */s/ Tracy A. Warren*
Tracy A. Warren

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

3

SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION FOR ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT

Case No. 4:19-cv-03983-DMR

# EXHIBIT 1

**DENIED**
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>Plaintiff,<br><br>vs.<br><br>SCG AMERICA CONSTRUCTION INC. DBA HYATT REGENCY ORANGE COUNTY<br><br>Defendant. | Case No: 8:19-cv-01560-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO COURT TO SUPPLEMENT THE ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT BY SUPPORTING ITS SUBSTANTIVE FINDINGS AS TO THE FRIVOLOUSNESS OR HARASSING NATURE OF THE PLAINTIFF'S FILINGS FOR THE PURPOSES OF REVIEW** |

Upon *Plaintiff's Request to Court To Supplement the Order Declaring Plaintiff a Vexatious Litigant by Supporting Its Substantive Findings as to the Frivolousness or Harassing Nature of the Plaintiff's Filings for the Purposes of Review* Dkt at [28], and good cause shown, the Court supplements its Order as follows:

A. With respect to any court filings that has been determined to be vexatious or harassing, the Court supplements its finding by listing the following cases where such findings were made:

(1) _____

(2) _____

(3) _____

(4) _____

(5) _____

(6) _____

(7) _____

(8) _____

(9) _____

B. With respect to the finding that "Countless courts have questioned Strojnik's motives in pursuing the litigation and whether he has a good faith basis for his claims", the Court lists the following cases in which the courts have questioned Strojnik's motives in pursuing litigation and whether he has a good faith basis for his claims:

(1) _____
(2) _____
(3) _____
(4) _____
(5) _____
(6) _____
(7) _____
(8) _____
(9) _____

C. With respect to the finding that ADA offending public accommodations are the true "victims", the Court lists the following reasons / cases:

_____
_____
_____
_____
_____

D. With Respect to the finding that Strojnik's ADA lawsuits have caused a "constant strain on the judicial system" separate and apart of Strojnik's 1st Amendment right to redress his grievances, the Court lists the following cases showing a constant drain on the judicial system:

(1) _____
(2) _____
(3) _____
(4) _____
(5) _____

2

  (6) _____

  (7) _____

  (8) _____

  (9) _____

E. With respect to the finding that Strojnik has made "insufficient efforts to comply with the order [to show cause]" in the *Griffin* case in which Strojnik never received the Order to Show Cause, the Court supplements as follows:

_____

_____

_____

_____

F. With respect to the finding that Strojnik missed a telephonic status conference call and the subsequently Order to Show Cause was dismissed by the Court in the *Fresno Hotel Holdings* matter, the Court supplements as follows:

_____

_____

_____

_____

G. Citing to *Evans* case, the Court stated that Strojnik's "communications with the Court indicate a complete disregard for the expectation that a litigant should make diligent effort to appear at hearing dates at all" where Strojnik's attendance was a physical impossibility, the Court supplements as follows:

_____

_____

_____

_____

H. The Court indicates that Strojnik files ADA civil rights actions in "what is apparently an effort to pressure ADA defendants into settlements before courts can reach the

| | |
|---|---|
| 1 | merits", irrespective of the Court policy encouraging settlements, the Court |
| 2 | supplements as follows: |
| 3 | _____ |
| 4 | _____ |
| 5 | _____ |
| 6 | _____ |

DONE IN OPEN COURT this _____ day of _____ 2020.

**DENIED**
BY ORDER OF THE COURT
_____
Judge of the United States District Court

JVS May 05, 2020

4