UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER STROJNIK,

    Plaintiff,

v.

IA LODGING NAPA FIRST LLC,

    Defendant.

Case No. 19-cv-03983-DMR

**JUDGMENT**

On June 1, 2020, the court granted Defendant IA Lodging Napa First LLC's motion to dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 1, 2020

_____
Donna M. Ryu
United States Magistrate Judge